MAS-20031124     08/06/2004
campbell     01:00 PM

**Commonwealth of Massachusetts**
**PLYMOUTH SUPERIOR COURT**
Case Summary
Civil Docket

## PLCV2004-00089
### RTFE Delaware, LLC v Healey, Jr

| | | | | | |
|---|---|---|---|---|---|
| File Date | 01/20/2004 | Status | Disposed: transfered to other court (dtrans) | | |
| Status Date | 08/06/2004 | Session | B - Civil B - CtRm 1 (Plymouth) | | |
| Origin | 1 | Case Type | A03 - Commercial paper | | |
| Lead Case | | Track | F | | |
| Service | 04/19/2004 | Answer | 06/18/2004 | Rule12/19/20 | 06/18/2004 |
| Rule 15 | 06/18/2004 | Discovery | 11/15/2004 | Rule 56 | 12/15/2004 |
| Final PTC | 01/14/2005 | Disposition | 03/15/2005 | Jury Trial | Yes |

### PARTIES

**Plaintiff**
RTFE Delaware, LLC
Active 01/20/2004

**Private Counsel 630331**
Timothy M Mitchelson
Demeo & Associates PC
227 Lewis Wharf
Boston, MA 02110
Phone: 617-263-2600
Fax: 617-263-2300
Active 01/20/2004 Notify

**Defendant**
Harry W Healey, Jr
Answered: 02/26/2004
Answered 02/26/2004

**Private Counsel 309840**
Stephen J Lyons
Klieman Lyons Schindler & Gross
21 Custom House
9th floor
Boston, MA 02110
Phone: 617-443-1000
Fax: 617-443-1010
Active 02/26/2004 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 01/20/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 01/20/2004 | | Origin 1, Type A03, Track F. |
| 02/13/2004 | 2.0 | SERVICE RETURNED (summons): Harry W Healey, Jr, service made on February 06, 2004 (in hand) |
| 02/26/2004 | 3.0 | ANSWER: Harry W Healey, Jr(Defendant) |
| 08/06/2004 | 4.0 | Case REMOVED this date to US District Court of Massachusetts Certified copys of case sent to Stephen J. Lyons, Esq, Klieman, Lyons, Schindler & Gross, 21 Custom House St., Boston, MA 02110 |

### EVENTS

A TRUE COPY ATTEST



CLERK

RECEIVED
AUG - 6 2004
PLYMOUTH SUPERIOR COURT

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, SS                          SUPERIOR COURT DEPARTMENT
                                      OF THE TRIAL COURT
                                      CIVIL ACTION NO: 04-0089B

RTFE DELAWARE LLC,           )
                             )
         Plaintiff           )
                             )
v.                           )
                             )
HARRY W. HEALEY, JR.,        )
                             )
         Defendant           )
                             )

FILED
COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT. OF THE TRIAL COURT
PLYMOUTH COUNTY

AUG - 6 2004

CLERK

## NOTICE OF FILING OF DEFENDANT'S NOTICE OF REMOVAL

TO: THE HONORABLE JUSTICES AND CLERK OF THE SUPERIOR COURT FOR PLYMOUTH COUNTY, BUSINESS LITIGATION SESSION, OF THE COMMONWEALTH OF MASSACHUSETTS

**NOTICE IS HEREBY GIVEN** that on this 2nd day of August, 2004, the Defendant in the above referenced matter and Counterclaim Plaintiff, Harry W. Healey, Jr., filed a Notice of Removal of this action in the United States District Court for the District of Massachusetts. A true copy of the Notice of Removal so filed is attached hereto as Exhibit 1. The State Court shall proceed no further.

                              Respectfully submitted;

                              THE DEFENDANT,
                              COUNTERCLAIM PLAINTIFF, and
                              THIRD PARTY PLAINTIFF

                              By his attorneys:

                              Stephen J. Lyons
                              (BBO#309840)
                              KLIEMAN, LYONS, SCHINDLER
                                & GROSS
                              21 Custom House Street
                              Boston MA 02110
Dated: August 2, 2004         Telephone: 617.443.1000

A TRUE COPY ATTEST
CLERK

## CERTIFICATE OF SERVICE

I, Stephen J. Lyons, hereby certify that a true copy of the above document was served upon the attorney of record for each other party via first class mail on August 2, 2004.

_Stephen Lyons_
Stephen J. Lyons

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: _____

RTFE DELAWARE LLC,  )
)
Plaintiff  )
)
v.  )
)
HARRY W. HEALEY, JR.,  )
)
Defendant  )
)

04-11703-REK

[Clerk's certification stamp: I HEREBY ATTEST AND CERTIFY ON _____ THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY. CLERK, U.S. DISTRICT COURT DISTRICT OF MASSACHUSETTS BY: _____]

## DEFENDANT'S NOTICE OF REMOVAL

**Factual and Procedural Background**

The Defendant and Counterclaim Plaintiff in the above referenced matter, Harry W. Healey, Jr., respectfully files this Notice of Removal pursuant to 28 U.S.C., Section 1441 (a), removing the above captioned action from the Superior Court of Plymouth County, Commonwealth of Massachusetts, to the United States District Court for the District of Massachusetts. As grounds for removal, the Defendant and Counterclaim Plaintiff states as follows:

1.  On December 24, 2003, Robert J. Zammito, Jr., Paul M. Zammito, Christopher Zammito and Valarie A. Mordini (collectively "plaintiffs") commenced an action against the Defendants and Counterclaim Plaintiffs by filing a complaint in the Massachusetts Superior Court entitled *Robert J. Zammito, Jr., Paul M. Zammito, Christopher Zammito and Valarie A. Mordini v. Harry W. Healey,*

*Grantor Trust and Peter W. Healey, As Trustee*, Suffolk Superior Court, Civil Action No: 03-6083BLS.

2. In that action, defendant, Harry W. Healey, Jr., brought counterclaims against the plaintiffs alleging violations of 18 U.S.C., Sections 1961-1968, the Racketeer Influenced and Corrupt Organizations Act. In his counterclaim, defendant, Harry W. Healey, Jr., asserts a right to recover the sum of at least $3,369,641, exclusive of interest, costs, punitive damages, attorneys fees and other damages. Thus, the controversy involved a Federal question or claim or right arising under the Constitution, Treaties or Laws of the United States (28 U.S.C., Section 1331) and was removed to the United States District Court pursuant to 28 U.S.C., Section 1441(b) on January 23, 2004 and is presently known as *Robert J. Zammito, Jr., et als v. Harry W. Healey, Jr., et als*, Civil Action No: 04-101610REK.

3. On January 20, 2004, the plaintiffs filed this second action against Harry W. Healey, Jr., in the Superior Court for Plymouth County, Commonwealth of Massachusetts, known as *RTFE Delaware, LLC v. Harry W. Healey, Jr.*, Plymouth County Superior Court, Civil Action No: 04-0089B. A copy of the Complaint in that action is attached hereto as Exhibit 1.

4. In that action, the plaintiff, RTFE Delaware, LLC, a limited liability company, organized under the laws of the State of Delaware. Harry W. Healey, Jr., is an individual residing in the Town of Hingham, County of Plymouth, Commonwealth of Massachusetts. The amount in controversy, according to the complaint filed by RTFE Delaware, LLC, is $100,000.

5. The action filed in the Superior Court for Plymouth County by RTFE Delaware, LLC on January 20, 2004, against Harry W. Healey, Jr., and known as *RTFE Delaware, LLC v. Harry W. Healey, Jr.*, Plymouth County Superior Court, Civil Action No: 04-0089B, arises out of the same transaction or occurrence as the case of *Robert J. Zammito, Jr., et als v. Harry W. Healey, Jr., et als*, USDC Civil Action No: 04-101610REK, which was removed to the United States District Court on January 23, 2004.

6. In his answer to the Complaint filed by RTFE Delaware, LLC, the defendant has asserted the same defenses, affirmative defenses and counterclaims brought in the action removed to the United States District Court on January 23, 2004. A copy of the answer and counterclaim of the defendant, Harry W. Healey, Jr., which was filed in the Superior Court for Plymouth County on February 25, 2004 is attached hereto as Exhibit 2.

7. Thus, this Court has original jurisdiction over the action filed by RTFE Delaware, LLC in the Superior Court for Plymouth County founded on diversity of citizenship where the amount in controversy exceeds $75,000 (28 U.S.C., Section 1332(a)(1)) and because the defendant's counterclaims involve a Federal question or claim arising under the Constitution, Treaties or Laws of the United States (28 U.S.C., Section 1331).

## Conclusion

**WHEREFORE**, the defendant, Harry W. Healey, Jr., says that this Court has original jurisdiction pursuant to 28 U.S.C., Sections 1331 and 1332(a)(1) and the action is properly removable to the United States District Court for the Eastern Division of Massachusetts pursuant to 28 U.S.C., Sections 1441(a) and (b).

Respectfully submitted;

THE DEFENDANT,

By his attorneys:

*Stephen Lyons*
Stephen J. Lyons
(BBO#309840)
KLIEMAN, LYONS, SCHINDLER
 & GROSS
21 Custom House Street
Boston MA 02110
Telephone: 617.443.1000

Dated: August 2, 2004

## CERTIFICATE OF SERVICE

I, Stephen J. Lyons, hereby certify that a true copy of the above document was served upon the attorney of record for each other party via first class mail on August 2, 2004.

*Stephen Lyons*
Stephen J. Lyons

**A TRUE COPY ATTEST**

*Frank R. Farrell*
CLERK